UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONNY TEJADA,**

    **Plaintiff,**

v.                                                                             **Case No. 8:20-cv-1071-T-23AAS**

**SAMUEL RAMZI BOUTROS, et al.,**

    **Defendants,**
_____/

## ORDER

Conny Tejada moves for sanctions against Samuel Ramzi Boutros, et al. (Doc. 7). The motion fails to comply with the Local Rules, Middle District of Florida.

Rule 3.01(a) provides: "In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, *and a memorandum of legal authority in support of the request*, . . . ." Local Rule 3.01(a), M.D. Fla. (emphasis added). Ms. Tejada's motion does not contain a memorandum of legal authority.

Accordingly, Ms. Tejada's Motion for Sanctions (Doc. 7) is **DENIED without prejudice** for failure to comply with the Local Rules.

**ORDERED** in Tampa, Florida, on June 1, 2020.

*[signature: Amanda Arnold Sansone]*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge