UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNY TEJADA,

    Plaintiff,

vs.                                            Case No.: 8:20-cv-01071

SAMUEL RAMZI BOUTROS,
KRESS BUILDING, INC.,
RAB LAND & DEVELOPMENT, INC.,
RAB LAND CONDOMINIUMS, LLC,
RAB LAND ENTERPRISES, LLC,
RAB LAND HOUSING, LLC,
RAB LAND INVESTMENTS, LLC,
RAB LAND PROPERTIES, LLC, RAB LAND RENTALS, LLC,
and RAB LAND, LLC,

    Defendants.
_____ /

## MEDIATOR'S NOTICE OF IMPASSE

On December 4, 2020, the parties and their counsel convened for mediation in this matter with the undersigned acting as mediator. All parties engaged in negotiations, but were unable to reach an agreement. Accordingly, the undersigned declares an impasse.

                                  Respectfully submitted,

                                  /s/Joseph H. Varner, III
                                Joseph H. Varner, III, Mediator
                                Florida Bar No. 394904
                                HOLLAND & KNIGHT LLP
                                P.O. Box 1288
                                Tampa, Florida 33601-1288
                                Tel: (813) 227-8500
                                Fax: (813) 229-0134

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all CM/ECF participants in this case.

                                  /s/ Joseph H. Varner, III
                                  Mediator

#47383537_v1