**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CONNY TEJADA,

Plaintiff,

vs.                                                          Case No.: 8:20-cv-01071

SAMUEL RAMZI BOUTROS,
KRESS BUILDING, INC.,
RAB LAND & DEVELOPMENT, INC.,
RAB LAND CONDOMINIUMS, LLC,
RAB LAND ENTERPRISES, LLC,
RAB LAND HOUSING, LLC,
RAB LAND INVESTMENTS, LLC,
RAB LAND PROPERTIES, LLC, RAB LAND RENTALS, LLC,
and RAB LAND, LLC,

Defendants.

_____ /

## **NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Plaintiff, CONNY TEJADA and Defendants, SAMUEL RAMZI BOUTROS, KRESS BUILDING, INC., RAB LAND & DEVELOPMENT, INC., RAB LAND CONDOMINIUMS, LLC, RAB LAND ENTERPRISES, LLC, RAB LAND HOUSING, LLC, RAB LAND INVESTMENTS, LLC, RAB LAND PROPERTIES, LLC, RAB LAND RENTALS, LLC, and RAB LAND, LLC, (collectively the "***Parties***"), notify the Court that they have resolved this action. The Parties request that, in light of the

resolution, the Court find all outstanding deadlines and requirements in this action to be moot.

Dated: March 19, 2021

| Respectfully submitted,<br><br>/s/ Stephen G. Mortimer<br>Florida Bar Number: 138606<br>RAHDERT & MORTIMER, PLLC<br>The Alexander Building<br>535 Central Avenue<br>St. Petersburg, FL 33701<br>Telephone: (727) 823-4191<br>Facsimile: (727) 513-5600<br>Primary: servicemort@rahdertlaw.com<br>Secondary: tpham@rahdertlaw.com<br>*Attorneys for Plaintiff* | Respectfully submitted,<br>ENGLANDER FISCHER<br><br>/s/ Beatriz McConnell<br>BEATRIZ MCCONNELL<br>Florida Bar No. 42119<br>Primary: bmcconnell@eflegal.com<br>Secondary: tdillon@eflegal.com<br>St. Petersburg, FL 33712<br>DAVID S. DELRAHIM<br>Florida Bar No. 66368<br>Primary: ddelrahim@eflegal.com<br>Secondary: creeder@eflegal.com<br>Secondary: afrederick@eflegal.com<br>**ENGLANDER and FISCHER LLP**<br>721 First Avenue North<br>St. Petersburg, Florida<br>(727) 898-7210 / Fax (727) 898-7218<br>*Attorneys for Defendants* |