UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNY TEJADA,

    Plaintiff,

v.                                       CASE NO. 8:20-cv-1071-T-23AAS

SAMUEL RAMZI BOUTROS, et al.,

    Defendants.
_____/

## ORDER

    The parties announce (Doc. 64) a settlement of this action. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on March 23, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE